UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br>Eladio Jimenez<br>DEFENDANT(S). | CASE NUMBER<br>14-01127m<br><br>ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT |
|---|---|

Upon motion of ___deft___, IT IS ORDERED that a detention hearing is set for ___for Monday___, ___6-9-14___, at ___3:00___ ☐a.m. ☒p.m. before the Honorable ___Ralph Zarefsky___, in Courtroom _____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: ___6/6/14___             ___[signature]___
                                U.S. District Judge/Magistrate Judge